4

651113

| Schedule K-1 (Form 1065) | **2016** | [X] Final K-1 [ ] Amended K-1 OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2016, or tax year beginning _____ ending _____ | **Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
| **Partner's Share of Income, Deductions, Credits, etc.** | ▶ See separate instructions. | |

| | | |
|---|---|---|
| **Part I Information About the Partnership** | 1 Ordinary business income (loss) **7,098.** | 15 Credits |
| A Partnership's employer identification number | 2 Net rental real estate income (loss) | |
| | 3 Other net rental income (loss) | 16 Foreign transactions |
| B Partnership's name, address, city, state, and ZIP code | 4 Guaranteed payments | |
| PINNACLE HOLDINGS GROUP, LLC 1515 S FEDERAL HWY SUITE 406 BOCA RATON, FL 33432 | 5 Interest income | |
| | 6a Ordinary dividends | |
| | 6b Qualified dividends | 17 Alternative min tax (AMT) items |
| C IRS Center where partnership filed return E-FILE | 7 Royalties | |
| D [ ] Check if this is a publicly traded partnership (PTP) | 8 Net short-term capital gain (loss) | 18 Tax-exempt income and nondeductible expenses |
| **Part II Information About the Partner** | 9a Net long-term capital gain (loss) | |
| E Partner's identifying number | 9b Collectibles (28%) gain (loss) | 19 Distributions |
| F Partner's name, address, city, state, and ZIP code | 9c Unrecaptured sec 1250 gain | |
| JTC HOLDINGS, LLC 6953 SECREST COURT ARVADA, CO 80007 | 10 Net section 1231 gain (loss) **-4,475.** | 20 Other information |
| | 11 Other income (loss) | |
| G [ ] General partner or LLC member-manager [X] Limited partner or other LLC member | | |
| H [X] Domestic partner [ ] Foreign partner | | |
| I1 What type of entity is this partner? **DISREGARDED ENTITY** | 12 Section 179 deduction | |
| I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here [ ] | | |
| J Partner's share of profit, loss, and capital: | 13 Other deductions | |
| | Beginning | Ending | | |
| Profit | 10.0000000% | 0% | | |
| Loss | 10.0000000% | 0% | | |
| Capital | 10.0000000% | 0% | 14 Self-employment earnings (loss) A **7,098.** C **7,098.** | |
| K Partner's share of liabilities at year end: Nonrecourse $ _____ Qualified nonrecourse financing $ _____ Recourse $ 0. | *See attached statement for additional information. | |

L Partner's capital account analysis:
Beginning capital account $ _____
Capital contributed during the year $ _____
Current year increase (decrease) $ _____
Withdrawals & distributions $( _____ )
Ending capital account $ _____

[ ] Tax basis  [X] GAAP  [ ] Section 704(b) book
[ ] Other (explain)

M Did the partner contribute property with a built-in gain or loss?
[ ] Yes  [X] No
If "Yes," attach statement (see instructions)

For IRS Use Only

611261 11-10-16 LHA For Paperwork Reduction Act Notice, see Instructions for Form 1065. IRS.gov/form1065 Schedule K-1 (Form 1065) 2016

4

**Exhibit 3**

PINNACLE HOLDINGS GROUP, LLC

SCHEDULE K-1        CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---:|---:|
| ORDINARY INCOME (LOSS) | 7,098. | |
| SECTION 1231 GAIN (LOSS) | -4,475. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 2,623. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 2,623. |
| CANCELLATION OF DEFERRED COMPENSATION | 1,350. | |
| TRANSFER OF CAPITAL | -870,399. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | -869,049. |
| TOTAL TO SCHEDULE K-1, ITEM L | | -866,426. |

PARTNER NUMBER 4

4

Schedule K-1 (Form 1065) 2016

Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

2. Net rental real estate income (loss) — See the Partner's Instructions
3. Other net rental income (loss)
   - Net income — Schedule E, line 28, column (g)
   - Net loss — See the Partner's Instructions
4. Guaranteed payments — Schedule E, line 28, column (j)
5. Interest income — Form 1040, line 8a
6a. Ordinary dividends — Form 1040, line 9a
6b. Qualified dividends — Form 1040, line 9b
7. Royalties — Schedule E, line 4
8. Net short-term capital gain (loss) — Schedule D, line 5
9a. Net long-term capital gain (loss) — Schedule D, line 12
9b. Collectibles (28%) gain (loss) — 28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
9c. Unrecaptured section 1250 gain — See the Partner's Instructions
10. Net section 1231 gain (loss) — See the Partner's Instructions
11. Other income (loss)

   Code
   - A  Other portfolio income (loss) — See the Partner's Instructions
   - B  Involuntary conversions — See the Partner's Instructions
   - C  Sec. 1256 contracts & straddles — Form 6781, line 1
   - D  Mining exploration costs recapture — See Pub. 535
   - E  Cancellation of debt — Form 1040, line 21 or Form 982
   - F  Other income (loss) — See the Partner's Instructions

12. Section 179 deduction — See the Partner's Instructions
13. Other deductions
    - A  Cash contributions (50%)
    - B  Cash contributions (30%)
    - C  Noncash contributions (50%)
    - D  Noncash contributions (30%)     } See the Partner's Instructions
    - E  Capital gain property to a 50% organization (30%)
    - F  Capital gain property (20%)
    - G  Contributions (100%)
    - H  Investment interest expense — Form 4952, line 1
    - I  Deductions - royalty income — Schedule E, line 19
    - J  Section 59(e)(2) expenditures — See the Partner's Instructions
    - K  Deductions - portfolio (2% floor) — Schedule A, line 23
    - L  Deductions - portfolio (other) — Schedule A, line 28
    - M  Amounts paid for medical insurance — Schedule A, line 1 or Form 1040, line 29
    - N  Educational assistance benefits — See the Partner's Instructions
    - O  Dependent care benefits — Form 2441, line 12
    - P  Preproductive period expenses — See the Partner's Instructions
    - Q  Commercial revitalization deduction from rental real estate activities — See Form 8582 Instructions
    - R  Pensions and IRAs — See the Partner's Instructions
    - S  Reforestation expense deduction — See the Partner's Instructions
    - T  Domestic production activities information — See Form 8903 Instructions
    - U  Qualified production activities income — Form 8903, line 7b
    - V  Employer's Form W-2 wages — Form 8903, line 17
    - W  Other deductions — See the Partner's Instructions

14. Self-employment earnings (loss)

Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

   - A  Net earnings (loss) from self-employment — Schedule SE, Section A or B
   - B  Gross farming or fishing income — See the Partner's Instructions
   - C  Gross non-farm income — See the Partner's Instructions

15. Credits
    - A  Low-Income housing credit (section 42(j)(5)) from pre-2008 buildings
    - B  Low-income housing credit (other) from pre-2008 buildings
    - C  Low-income housing credit (section 42(j)(5)) from post-2007 buildings
    - D  Low-income housing credit (other) from post-2007 buildings     } See the Partner's Instructions
    - E  Qualified rehabilitation expenditures (rental real estate)
    - F  Other rental real estate credits
    - G  Other rental credits
    - H  Undistributed capital gains credit — Form 1040, line 73; check box a
    - I  Biofuel producer credit
    - J  Work opportunity credit     } See the Partner's Instructions
    - K  Disabled access credit

   Code | Report on
   - L  Empowerment zone employment credit
   - M  Credit for increasing research activities
   - N  Credit for employer social security and Medicare taxes     } See the Partner's Instructions
   - O  Backup withholding
   - P  Other credits

16. Foreign transactions
    - A  Name of country or U.S. possession
    - B  Gross income from all sources     } Form 1116, Part I
    - C  Gross income sourced at partner level

    Foreign gross income sourced at partnership level
    - D  Passive category
    - E  General category     } Form 1116, Part I
    - F  Other

    Deductions allocated and apportioned at partner level
    - G  Interest expense — Form 1116, Part I
    - H  Other — Form 1116, Part I

    Deductions allocated and apportioned at partnership level to foreign source income
    - I  Passive category
    - J  General category     } Form 1116, Part I
    - K  Other

    Other information
    - L  Total foreign taxes paid — Form 1116, Part II
    - M  Total foreign taxes accrued — Form 1116, Part II
    - N  Reduction in taxes available for credit — Form 1116, line 12
    - O  Foreign trading gross receipts — Form 8873
    - P  Extraterritorial income exclusion — Form 8873
    - Q  Other foreign transactions — See the Partner's Instructions

17. Alternative minimum tax (AMT) items
    - A  Post-1986 depreciation adjustment
    - B  Adjusted gain or loss     } See the Partner's Instructions and the Instructions for Form 6251
    - C  Depletion (other than oil & gas)
    - D  Oil, gas, & geothermal - gross income
    - E  Oil, gas, & geothermal - deductions
    - F  Other AMT items

18. Tax-exempt income and nondeductible expenses
    - A  Tax-exempt interest income — Form 1040, line 8b
    - B  Other tax-exempt income — See the Partner's Instructions
    - C  Nondeductible expenses — See the Partner's Instructions

19. Distributions
    - A  Cash and marketable securities
    - B  Distribution subject to section 737     } See the Partner's Instructions
    - C  Other property

20. Other information
    - A  Investment income — Form 4952, line 4a
    - B  Investment expenses — Form 4952, line 5
    - C  Fuel tax credit information — Form 4136
    - D  Qualified rehabilitation expenditures (other than rental real estate) — See the Partner's Instructions
    - E  Basis of energy property — See the Partner's Instructions
    - F  Recapture of low-income housing credit (section 42(j)(5)) — Form 8611, line 8
    - G  Recapture of low-income housing credit (other) — Form 8611, line 8
    - H  Recapture of investment credit — See Form 4255
    - I  Recapture of other credits — See the Partner's Instructions
    - J  Look-back interest - completed long-term contracts — See Form 8697
    - K  Look-back interest - income forecast method — See Form 8866
    - L  Dispositions of property with section 179 deductions
    - M  Recapture of section 179 deduction
    - N  Interest expense for corporate partners
    - O  Section 453(l)(3) information
    - P  Section 453A(c) information
    - Q  Section 1260(b) information
    - R  Interest allocable to production expenditures     } See the Partner's Instructions
    - S  CCF nonqualified withdrawals
    - T  Depletion information - oil and gas
    - U  Reserved
    - V  Unrelated business taxable income
    - W  Precontribution gain (loss)
    - X  Section 108(i) information
    - Y  Net investment income
    - Z  Other information

611262  11-10-16

4

# Schedule of Activities

For calendar year 2016, or tax year beginning _____, 2016, and ending _____

Name: **PINNACLE HOLDINGS GROUP, LLC**
For: **JTC HOLDINGS, LLC**
I.D. Number: _____

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | Type Code* | Description |
|---|---|---|---|---|---|
| | 1 | X | | | PINNACLE DIGITAL, LLC |

| | Activity - 1 | Activity - | Activity - |
|---|---|---|---|
| Ordinary business income (loss) | | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends - Ordinary dividends | | | |
| - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | -3,863. | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |

* 1 - Single Family Residence    5 - Land
  2 - Multi-Family Residence    6 - Royalties
  3 - Vacation or Short-Term Rental  7 - Self-Rental
  4 - Commercial    8 - Other

625001 04-01-16

4

2

651113

| Schedule K-1 (Form 1065) | **2016** | X Final K-1 ☐ Amended K-1 OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2016, or tax year beginning _____ ending _____ | **Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |

**Partner's Share of Income, Deductions, Credits, etc.**   ▶ See separate instructions.

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number

**B** Partnership's name, address, city, state, and ZIP code

PINNACLE DIGITAL
1515 S. FEDERAL HWY SUITE 406
BOCA RATON, FL   33432

**C** IRS Center where partnership filed return
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

JTC HOLDINGS, LLC
6953 SECREST COURT
ARVADA, CO   80007

**G** ☐ General partner or LLC member-manager   **X** Limited partner or other LLC member

**H** **X** Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?   DISREGARDED ENTITY
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 10.0000000 % | 0 % |
| Loss | 10.0000000 % | 0 % |
| Capital | 10.0000000 % | 0 % |

**K** Partner's share of liabilities at year end:
Nonrecourse   $ _____
Qualified nonrecourse financing   $ _____
Recourse   $ 0.

**L** Partner's capital account analysis:
Beginning capital account   $ _____
Capital contributed during the year   $ _____
Current year increase (decrease)   $ _____
Withdrawals & distributions   $( _____ )
Ending capital account   $ _____

☐ Tax basis   **X** GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   **X** No
If "Yes," attach statement (see instructions)

| 1 Ordinary business income (loss) | 0. | 15 Credits |
|---|---|---|
| 2 Net rental real estate income (loss) | | |
| 3 Other net rental income (loss) | | 16 Foreign transactions |
| 4 Guaranteed payments | | |
| 5 Interest income | | |
| 6a Ordinary dividends | | |
| 6b Qualified dividends | | 17 Alternative min tax (AMT) items |
| 7 Royalties | | |
| 8 Net short-term capital gain (loss) | | 18 Tax-exempt income and nondeductible expenses |
| 9a Net long-term capital gain (loss) | | |
| 9b Collectibles (28%) gain (loss) | | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | | |
| 10 Net section 1231 gain (loss) | -4,293. | 20 Other information |
| 11 Other income (loss) | | |
| 12 Section 179 deduction | | |
| 13 Other deductions | | |
| 14 Self-employment earnings (loss) A   0. | | |

*See attached statement for additional information.

For IRS Use Only

611261 11-10-16   LHA   For Paperwork Reduction Act Notice, see Instructions for Form 1065.   IRS.gov/form1065   Schedule K-1 (Form 1065) 2016

2

PINNACLE DIGITAL

| SCHEDULE K-1 | CURRENT YEAR INCREASES (DECREASES) | |
|---|---|---|
| DESCRIPTION | AMOUNT | TOTALS |
| SECTION 1231 GAIN (LOSS) | -4,293. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -4,293. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -4,293. |
| REVERSAL OF DEFERRED NCOME NOT DEDUCTED FOR TAX | 1,500. | |
| TRANSFER OF CAPITAL | -8,216. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | -6,716. |
| TOTAL TO SCHEDULE K-1, ITEM L | | -11,009. |

PARTNER NUMBER 2

Schedule K-1 (Form 1065) 2016     Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

2. Net rental real estate income (loss) — See the Partner's Instructions
3. Other net rental income (loss)
   Net income — Schedule E, line 28, column (g)
   Net loss — See the Partner's Instructions
4. Guaranteed payments — Schedule E, line 28, column (j)
5. Interest income — Form 1040, line 8a
6a. Ordinary dividends — Form 1040, line 9a
6b. Qualified dividends — Form 1040, line 9b
7. Royalties — Schedule E, line 4
8. Net short-term capital gain (loss) — Schedule D, line 5
9a. Net long-term capital gain (loss) — Schedule D, line 12
9b. Collectibles (28%) gain (loss) — 28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
9c. Unrecaptured section 1250 gain — See the Partner's Instructions
10. Net section 1231 gain (loss) — See the Partner's Instructions
11. Other income (loss)

| Code | | Report on |
|---|---|---|
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | Form 1040, line 21 or Form 982 |
| F | Other income (loss) | See the Partner's Instructions |

12. Section 179 deduction — See the Partner's Instructions
13. Other deductions

| Code | | Report on |
|---|---|---|
| A | Cash contributions (50%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions - royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Deductions - portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions - portfolio (other) | Schedule A, line 28 |
| M | Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T | Domestic production activities information | See Form 8903 Instructions |
| U | Qualified production activities income | Form 8903, line 7b |
| V | Employer's Form W-2 wages | Form 8903, line 17 |
| W | Other deductions | See the Partner's Instructions |

14. Self-employment earnings (loss)

Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
|---|---|---|
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

15. Credits

| Code | | Report on |
|---|---|---|
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040, line 73; check box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | See the Partner's Instructions |
| K | Disabled access credit | |

| Code | | Report on |
|---|---|---|
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | |
| N | Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| O | Backup withholding | |
| P | Other credits | |

16. Foreign transactions

| A | Name of country or U.S. possession | |
|---|---|---|
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

Foreign gross income sourced at partnership level

| D | Passive category | |
|---|---|---|
| E | General category | Form 1116, Part I |
| F | Other | |

Deductions allocated and apportioned at partner level

| G | Interest expense | Form 1116, Part I |
|---|---|---|
| H | Other | Form 1116, Part I |

Deductions allocated and apportioned at partnership level to foreign source income

| I | Passive category | |
|---|---|---|
| J | General category | Form 1116, Part I |
| K | Other | |

Other information

| L | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Partner's Instructions |

17. Alternative minimum tax (AMT) items

| A | Post-1986 depreciation adjustment | |
|---|---|---|
| B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C | Depletion (other than oil & gas) | |
| D | Oil, gas, & geothermal - gross income | |
| E | Oil, gas, & geothermal - deductions | |
| F | Other AMT items | |

18. Tax-exempt income and nondeductible expenses

| A | Tax-exempt interest income | Form 1040, line 8b |
|---|---|---|
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

19. Distributions

| A | Cash and marketable securities | |
|---|---|---|
| B | Distribution subject to section 737 | See the Partner's Instructions |
| C | Other property | |

20. Other information

| A | Investment income | Form 4952, line 4a |
|---|---|---|
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest - completed long-term contracts | See Form 8697 |
| K | Look-back interest - income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O | Section 453(l)(3) information | |
| P | Section 453A(c) information | |
| Q | Section 1260(b) information | |
| R | Interest allocable to production expenditures | See the Partner's Instructions |
| S | CCF nonqualified withdrawals | |
| T | Depletion information - oil and gas | |
| U | Reserved | |
| V | Unrelated business taxable income | |
| W | Precontribution gain (loss) | |
| X | Section 108(i) information | |
| Y | Net investment income | |
| Z | Other information | |

611262 11-10-16

4

651113

| Schedule K-1 (Form 1065) | **2016** | ☒ Final K-1 ☐ Amended K-1 OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2016, or tax year beginning _____ ending _____ | **Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |
| **Partner's Share of Income, Deductions, Credits, etc.** | ▶ See separate instructions. | |

| | | |
|---|---|---|
| **Part I** | **Information About the Partnership** | 1 Ordinary business income (loss) 0. | 15 Credits |
| A | Partnership's employer identification number | 2 Net rental real estate income (loss) | |
| | | | 16 Foreign transactions |
| | | 3 Other net rental income (loss) | |
| B | Partnership's name, address, city, state, and ZIP code | 4 Guaranteed payments | |
| | PINNACLE ADVERTISING & MKTG GRP, LLC | 5 Interest income | |
| | 1515 S FEDERAL HIGHWAY SUITE 406 | 6a Ordinary dividends | |
| | BOCA RATON, FL 33432 | | 17 Alternative min tax (AMT) items |
| | | 6b Qualified dividends | |
| C | IRS Center where partnership filed return E-FILE | 7 Royalties | |
| | | | 18 Tax-exempt income and nondeductible expenses |
| D | ☐ Check if this is a publicly traded partnership (PTP) | 8 Net short-term capital gain (loss) | |
| **Part II** | **Information About the Partner** | 9a Net long-term capital gain (loss) | |
| E | Partner's identifying number | 9b Collectibles (28%) gain (loss) | 19 Distributions |
| F | Partner's name, address, city, state, and ZIP code | 9c Unrecaptured sec 1250 gain | |
| | JTC HOLDINGS, LLC | | 20 Other information |
| | 6953 SECREST COURT | 10 Net section 1231 gain (loss) | |
| | ARVADA, CO 80007 | 11 Other income (loss) | |
| G | ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member | | |
| H | ☒ Domestic partner  ☐ Foreign partner | | |
| I1 | What type of entity is this partner? DISREGARDED ENTITY | 12 Section 179 deduction | |
| I2 | If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐ | | |
| J | Partner's share of profit, loss, and capital: | 13 Other deductions | |

| | Beginning | Ending |
|---|---|---|
| Profit | 10.0000000 % | 0.0000000 % |
| Loss | 10.0000000 % | 0.0000000 % |
| Capital | 10.0000000 % | 0.0000000 % |

K Partner's share of liabilities at year end:
Nonrecourse $ _____
Qualified nonrecourse financing $ _____
Recourse $ 0.

14 Self-employment earnings (loss)
A 0.

*See attached statement for additional information.

L Partner's capital account analysis:
Beginning capital account $ -48,786.
Capital contributed during the year $ 48,786.
Current year increase (decrease) $ 0.
Withdrawals & distributions $( _____ )
Ending capital account $ 0.

☐ Tax basis  ☒ GAAP  ☐ Section 704(b) book
☐ Other (explain)

M Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No
If "Yes," attach statement (see instructions)

For IRS Use Only

611261 11-10-16 LHA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.   IRS.gov/form1065   Schedule K-1 (Form 1065) 2016

4

PINNACLE ADVERTISING & MKTG GRP, LLC

| SCHEDULE K-1 | CAPITAL CONTRIBUTED DURING THE YEAR |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TRANSFERRED CAPITAL | 48,786. |
| TOTAL TO SCHEDULE K-1, ITEM L, CAPITAL CONTRIBUTED | 48,786. |

| SCHEDULE K-1 | FOOTNOTES |
|---|---|

AS OF JANUARY 1, 2016, YOUR INVESTMENT IN PINNACLE ADVERTISING & MKTG GRP, LLC ENDED. TO THE EXTENT YOU HAVE A NEGATIVE OR POSTITIVE CAPITAL ACCOUNT BEFORE YOUR INVESTMENT ENDED, PLEASE CONSULT YOUR TAX ADVISOR.

PARTNER NUMBER 4

Schedule K-1 (Form 1065) 2016     Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

2. Net rental real estate income (loss) — See the Partner's Instructions
3. Other net rental income (loss)
   - Net income — Schedule E, line 28, column (g)
   - Net loss — See the Partner's Instructions
4. Guaranteed payments — Schedule E, line 28, column (j)
5. Interest income — Form 1040, line 8a
6a. Ordinary dividends — Form 1040, line 9a
6b. Qualified dividends — Form 1040, line 9b
7. Royalties — Schedule E, line 4
8. Net short-term capital gain (loss) — Schedule D, line 5
9a. Net long-term capital gain (loss) — Schedule D, line 12
9b. Collectibles (28%) gain (loss) — 28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
9c. Unrecaptured section 1250 gain — See the Partner's Instructions
10. Net section 1231 gain (loss) — See the Partner's Instructions
11. Other income (loss)

   Code
   A. Other portfolio income (loss) — See the Partner's Instructions
   B. Involuntary conversions — See the Partner's Instructions
   C. Sec. 1256 contracts & straddles — Form 6781, line 1
   D. Mining exploration costs recapture — See Pub. 535
   E. Cancellation of debt — Form 1040, line 21 or Form 982
   F. Other income (loss) — See the Partner's Instructions

12. Section 179 deduction — See the Partner's Instructions
13. Other deductions
   A. Cash contributions (50%)
   B. Cash contributions (30%)
   C. Noncash contributions (50%)
   D. Noncash contributions (30%)
   E. Capital gain property to a 50% organization (30%)
   F. Capital gain property (20%)
   G. Contributions (100%)
   } See the Partner's Instructions
   H. Investment interest expense — Form 4952, line 1
   I. Deductions - royalty income — Schedule E, line 19
   J. Section 59(e)(2) expenditures — See the Partner's Instructions
   K. Deductions - portfolio (2% floor) — Schedule A, line 23
   L. Deductions - portfolio (other) — Schedule A, line 28
   M. Amounts paid for medical insurance — Schedule A, line 1 or Form 1040, line 29
   N. Educational assistance benefits — See the Partner's Instructions
   O. Dependent care benefits — Form 2441, line 12
   P. Preproductive period expenses — See the Partner's Instructions
   Q. Commercial revitalization deduction from rental real estate activities — See Form 8582 Instructions
   R. Pensions and IRAs — See the Partner's Instructions
   S. Reforestation expense deduction — See the Partner's Instructions
   T. Domestic production activities information — See Form 8903 Instructions
   U. Qualified production activities income — Form 8903, line 7b
   V. Employer's Form W-2 wages — Form 8903, line 17
   W. Other deductions — See the Partner's Instructions

14. Self-employment earnings (loss)

Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

   A. Net earnings (loss) from self-employment — Schedule SE, Section A or B
   B. Gross farming or fishing income — See the Partner's Instructions
   C. Gross non-farm income — See the Partner's Instructions

15. Credits
   A. Low-income housing credit (section 42(j)(5)) from pre-2008 buildings
   B. Low-income housing credit (other) from pre-2008 buildings
   C. Low-income housing credit (section 42(j)(5)) from post-2007 buildings
   D. Low-income housing credit (other) from post-2007 buildings
   } See the Partner's Instructions
   E. Qualified rehabilitation expenditures (rental real estate)
   F. Other rental real estate credits
   G. Other rental credits
   H. Undistributed capital gains credit — Form 1040, line 73; check box a
   I. Biofuel producer credit
   J. Work opportunity credit
   K. Disabled access credit
   } See the Partner's Instructions

| Code | | Report on |
|---|---|---|
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | |
| P | Other credits | |

16. Foreign transactions
   A. Name of country or U.S. possession
   B. Gross income from all sources
   C. Gross income sourced at partner level
   } Form 1116, Part I

   Foreign gross income sourced at partnership level
   D. Passive category
   E. General category
   F. Other
   } Form 1116, Part I

   Deductions allocated and apportioned at partner level
   G. Interest expense — Form 1116, Part I
   H. Other — Form 1116, Part I

   Deductions allocated and apportioned at partnership level to foreign source income
   I. Passive category
   J. General category
   K. Other
   } Form 1116, Part I

   Other information
   L. Total foreign taxes paid — Form 1116, Part II
   M. Total foreign taxes accrued — Form 1116, Part II
   N. Reduction in taxes available for credit — Form 1116, line 12
   O. Foreign trading gross receipts — Form 8873
   P. Extraterritorial income exclusion — Form 8873
   Q. Other foreign transactions — See the Partner's Instructions

17. Alternative minimum tax (AMT) items
   A. Post-1986 depreciation adjustment
   B. Adjusted gain or loss
   C. Depletion (other than oil & gas)
   D. Oil, gas, & geothermal - gross income
   E. Oil, gas, & geothermal - deductions
   F. Other AMT items
   } See the Partner's Instructions and the Instructions for Form 6251

18. Tax-exempt income and nondeductible expenses
   A. Tax-exempt interest income — Form 1040, line 8b
   B. Other tax-exempt income — See the Partner's Instructions
   C. Nondeductible expenses — See the Partner's Instructions

19. Distributions
   A. Cash and marketable securities
   B. Distribution subject to section 737
   C. Other property
   } See the Partner's Instructions

20. Other information
   A. Investment income — Form 4952, line 4a
   B. Investment expenses — Form 4952, line 5
   C. Fuel tax credit information — Form 4136
   D. Qualified rehabilitation expenditures (other than rental real estate) — See the Partner's Instructions
   E. Basis of energy property — See the Partner's Instructions
   F. Recapture of low-income housing credit (section 42(j)(5)) — Form 8611, line 8
   G. Recapture of low-income housing credit (other) — Form 8611, line 8
   H. Recapture of investment credit — See Form 4255
   I. Recapture of other credits — See the Partner's Instructions
   J. Look-back interest - completed long-term contracts — See Form 8697
   K. Look-back interest - income forecast method — See Form 8866
   L. Dispositions of property with section 179 deductions
   M. Recapture of section 179 deduction
   N. Interest expense for corporate partners
   O. Section 453(l)(3) information
   P. Section 453A(c) information
   Q. Section 1260(b) information
   R. Interest allocable to production expenditures
   S. CCF nonqualified withdrawals
   T. Depletion information - oil and gas
   U. Reserved
   V. Unrelated business taxable income
   W. Precontribution gain (loss)
   X. Section 108(i) information
   Y. Net investment income
   Z. Other information
   } See the Partner's Instructions