

April 26, 2017

**Via Certified Mail and Email**

Philip L. Schwartz, Esq.
Jordan Grimaldi, Esq.
Schwartz │ White
2000 Glades Road, Suite 208
Boca Raton, FL 33431

Re:     **Pinnacle Holdings Group, LLC K-1 for JTC Holdings, LLC**

Dear Mr. Schwartz:

This letter is regarding the 2016 K-1 statements Peter Gary provided to JTC Holdings, LLC ("JTC") on March 20, 2017 related to JTC's interest in Pinnacle Holdings Group, LLC ("PHG"), Pinnacle Advertising & Marketing Group, LLC ("PAMG"), and Pinnacle Digital LLC ('PD") (collectively, the "Pinnacle Companies"). The K-1s are attached to this letter as Composite Exhibit A.

The K-1s provide that JTC's share of profit, loss and capital in each of the Pinnacle Companies at the beginning of 2016 was 10%. The K-1s also provide that JTC's share of profit, loss and capital in each of the Pinnacle Companies at the end of 2016 was 0%. Thus, it appears that Pinnacle has taken the legally unsupported position that JTC's interest in each of the Pinnacle Companies was completely eliminated as of December 31, 2016.

At no time did JTC agree to any dilution of its interest in any Pinnacle entity, nor have the operating agreements for the Pinnacle Companies been properly amended to permit either mandatory capital calls or dilution. Notably, an e-mail from Peter Gary to the other members dated September 17, 2015 memorializes a phone meeting that was attended by everyone except Dan Bishop, meaning only 90% of the total interests outstanding were present and voting. At that meeting those in attendance agreed to dissolve PHG, Pinnacle Management LLC and PD and to transfer the $1.1 million in liabilities to PAMG. It was also agreed that the members would be required to either agree to fund their respective shares of the $1.1 million shortfall or their interests would be diluted to zero. On October 30, 2015, however, Peter Gary wrote that there would, "be no dilution in the [Pinnacle] Holdings Company, or the [Pinnacle] Management Company at this time based on Dan's [Bishop] objection to closing these entities." (Exhibit B: Pinnacle Partnership Meeting October 30, 2015).

Despite this, JTC's interests in the Pinnacle Companies as of year-end 2016 were nonetheless diluted to zero. However this occurred, any action taken to either compel cash

Exhibit

**4**

Moye White LLP   Attorneys at Law
16 Market Square, 6th Floor
1400 16th Street   Denver CO 80202-1486
tel 303 292 2900   fax 303 292 4510   www.moyewhite.com

Patrick J. Hickey
direct 303 292 7907   patrick.hickey@moyewhite.com

Moye|White

April 26, 2017
Page 2

calls or dilute JTC's interests was illegitimate and unauthorized under the operating agreements of each of the Pinnacle Companies. Section 9.1 plainly says that "...the Members shall have no right or obligation to make any further capital contributions to the Company," and the ultimatum to either pay or have the member's interest diluted violates this provision.

Additionally, and as you already know from prior correspondences and discussions, under Section 9.3 of the operating agreements, Pinnacle Companies must maintain capital accounts for JTC as a member throughout the term of the Pinnacle Companies. Section 14.11 provides under what circumstances a membership interest may be dissolved or terminated and an arbitrary dilution is not one of the circumstances. These actions in contravention of the operating agreements, in order to be legally valid, would have required unanimous consent as they were were an amendment of the operating agreements which require unanimous consent of all the members under Section 18.4. Thus, the attempt by Peter Gary to orchestrate a dilution of JTC's interests in the Pinnacle Companies is ultra vires and void.

Not only is the position of the Pinnacle Companies regarding JTC's alleged dilution completely unsupported, it is also contrary to Companies' own statements and actions throughout the entirety of 2016. In fact, on December 12, 2016, CFO Evelyn Lopez stated in writing that JTC owns a 10% membership interest in Pinnacle.[1] (Exhibit C: Emails from 12/12/16-12/12/16). Peter Gary echoed this position when he wrote Mr. Bishop to provide him with "FORMAL NOTICE" regarding Pinnacle's annual meeting to be held on December 22, 2016. *Id.*

If any of the Pinnacle Companies believed, even improperly, that JTC was diluted they would not have treated JTC as a member throughout 2016. Thus, the K-1s are inconsistent with the law, the operating agreements and statements and actions by the Pinnacle Companies regarding JTC's interest therein. As a result, JTC's membership interest in the Pinnacle Companies has not been, and cannot be, diluted or eliminated.

Finally, the false K-1s is the latest in a growing list of troubling events related to the Pinnacle Companies. As you know, JTC has demanded copies or inspection of the Pinnacle Companies records for over a year and he has been refused such access. This refusal is particularly concerning considering Ms. Lopez's testimony that Peter Gary charges thousands of dollars a month to an American Express credit card that is paid by Ms. Lopez without her without ever seeing the credit card statements.

---

[1] Ms. Lopez also admitted under oath at her deposition that JTC was a member of Pinnacle during 2016.

Moye|White

April 26, 2017
Page 3

Therefore, JTC and its sole member Daniel Bishop hereby DEMAND that the respective Pinnacle Companies fully reinstate JTC's 10% interest therein and confirm in writing through a capital account statement that JTC's interest has been fully restored. It is also demanded that amended K-1s be prepared and filed and that JTC, or its representatives be given immediate access to inspect any and all of the Pinnacle Companies' records, especially including Mr. Gary's American Express records.

Mr. Bishop and JTC expressly reserve the rights, claims and remedies available to them against Mr. Gary and Pinnacle at law or in equity. Nothing in this letter shall be deemed or considered a waiver of any such rights, claims or remedies.

Sincerely,

Moye White LLP

Patrick J. Hickey

PJH

Encl.

4

651113

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2016**

For calendar year 2016, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**

▶ See separate instructions.

[X] Final K-1      [ ] Amended K-1      OMB No. 1545-0123

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | |
|---|---|---|
| 1 Ordinary business income (loss) | 15 | Credits |
| 7,098. | | |
| 2 Net rental real estate income (loss) | | |
| 3 Other net rental income (loss) | 16 | Foreign transactions |
| 4 Guaranteed payments | | |
| 5 Interest income | | |
| 6a Ordinary dividends | | |
| 6b Qualified dividends | 17 | Alternative min tax (AMT) items |
| 7 Royalties | | |
| 8 Net short-term capital gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 9a Net long-term capital gain (loss) | | |
| 9b Collectibles (28%) gain (loss) | 19 | Distributions |
| 9c Unrecaptured sec 1250 gain | | |
| 10 Net section 1231 gain (loss) | 20 | Other information |
| -4,475. | | |
| 11 Other income (loss) | | |
| 12 Section 179 deduction | | |
| 13 Other deductions | | |
| 14 Self-employment earnings (loss) | | |
| A 7,098. | | |
| C 7,098. | | |

*See attached statement for additional information.

## Part I    Information About the Partnership

**A** Partnership's employer identification number

**B** Partnership's name, address, city, state, and ZIP code

PINNACLE HOLDINGS GROUP, LLC
1515 S FEDERAL HWY SUITE 406
BOCA RATON, FL  33432

**C** IRS Center where partnership filed return
E-FILE

**D** [ ] Check if this is a publicly traded partnership (PTP)

## Part II    Information About the Partner

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

JTC HOLDINGS, LLC
6953 SECREST COURT
ARVADA, CO  80007

**G** [ ] General partner or LLC member-manager      [X] Limited partner or other LLC member

**H** [X] Domestic partner      [ ] Foreign partner

**I1** What type of entity is this partner?  DISREGARDED ENTITY

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here [ ]

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 10.0000000 % | 0 % |
| Loss | 10.0000000 % | 0 % |
| Capital | 10.0000000 % | 0 % |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 0. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ |
| Withdrawals & distributions | $( ) |
| Ending capital account | $ |

[ ] Tax basis   [X] GAAP   [ ] Section 704(b) book
[ ] Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
[ ] Yes   [X] No
If 'Yes,' attach statement (see instructions)

For IRS Use Only

**EXHIBIT A**

611261  11-10-16   LHA   **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**      IRS.gov/form1065      Schedule K-1 (Form 1065) 2016

4

PINNACLE HOLDINGS GROUP, LLC

SCHEDULE K-1          CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | 7,098. | |
| SECTION 1231 GAIN (LOSS) | -4,475. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 2,623. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 2,623. |
| CANCELLATION OF DEFERRED COMPENSATION | 1,350. | |
| TRANSFER OF CAPITAL | -870,399. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | -869,049. |
| TOTAL TO SCHEDULE K-1, ITEM L | | -866,426. |

4

<u>Schedule K-1 (Form 1065) 2016</u>                                                                                                                      Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

2. Net rental real estate income (loss)       See the Partner's Instructions
3. Other net rental income (loss)

| Net income | Schedule E, line 28, column (g) |
|---|---|
| Net loss | See the Partner's Instructions |

4. Guaranteed payments       Schedule E, line 28, column (j)
5. Interest income       Form 1040, line 8a
6a. Ordinary dividends       Form 1040, line 9a
6b. Qualified dividends       Form 1040, line 9b
7. Royalties       Schedule E, line 4
8. Net short-term capital gain (loss)       Schedule D, line 5
9a. Net long-term capital gain (loss)       Schedule D, line 12
9b. Collectibles (28%) gain (loss)       28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
9c. Unrecaptured section 1250 gain       See the Partner's Instructions
10. Net section 1231 gain (loss)       See the Partner's instructions
11. Other income (loss)

Code
A Other portfolio income (loss)       See the Partner's Instructions
B Involuntary conversions       See the Partner's Instructions
C Sec. 1256 contracts & straddles       Form 6781, line 1
D Mining exploration costs recapture       See Pub. 535
E Cancellation of debt       Form 1040, line 21 or Form 982
F Other income (loss)       See the Partner's Instructions

12. Section 179 deduction       See the Partner's Instructions
13. Other deductions

A Cash contributions (50%)
B Cash contributions (30%)
C Noncash contributions (50%)
D Noncash contributions (30%)       See the Partner's Instructions
E Capital gain property to a 50% organization (30%)
F Capital gain property (20%)
G Contributions (100%)
H Investment interest expense       Form 4952, line 1
I Deductions - royalty income       Schedule E, line 19
J Section 59(e)(2) expenditures       See the Partner's Instructions
K Deductions - portfolio (2% floor)       Schedule A, line 23
L Deductions - portfolio (other)       Schedule A, line 28
M Amounts paid for medical insurance       Schedule A, line 1 or Form 1040, line 29
N Educational assistance benefits       See the Partner's Instructions
O Dependent care benefits       Form 2441, line 12
P Preproductive period expenses       See the Partner's Instructions
Q Commercial revitalization deduction from rental real estate activities       See Form 8582 Instructions
R Pensions and IRAs       See the Partner's Instructions
S Reforestation expense deduction       See the Partner's Instructions
T Domestic production activities information       See Form 8903 Instructions
U Qualified production activities income       Form 8903, line 7b
V Employer's Form W-2 wages       Form 8903, line 17
W Other deductions       See the Partner's Instructions

14. Self-employment earnings (loss)
Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

A Net earnings (loss) from self-employment       Schedule SE, Section A or B
B Gross farming or fishing income       See the Partner's Instructions
C Gross non-farm income       See the Partner's Instructions

15. Credits

A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings
B Low-income housing credit (other) from pre-2008 buildings
C Low-income housing credit (section 42(j)(5)) from post-2007 buildings
D Low-income housing credit (other) from post-2007 buildings       See the Partner's Instructions
E Qualified rehabilitation expenditures (rental real estate)
F Other rental real estate credits
G Other rental credits
H Undistributed capital gains credit       Form 1040, line 73; check box a
I Biofuel producer credit
J Work opportunity credit       See the Partner's Instructions
K Disabled access credit

| | Code | Report on |
|---|---|---|
| | L Empowerment zone employment credit | |
| | M Credit for increasing research activities | See the Partner's Instructions |
| | N Credit for employer social security and Medicare taxes | |
| | O Backup withholding | |
| | P Other credits | |

16. Foreign transactions
A Name of country or U.S. possession
B Gross income from all sources       Form 1116, Part I
C Gross income sourced at partner level

Foreign gross income sourced at partnership level
D Passive category
E General category       Form 1116, Part I
F Other

Deductions allocated and apportioned at partner level
G Interest expense       Form 1116, Part I
H Other       Form 1116, Part I

Deductions allocated and apportioned at partnership level to foreign source income
I Passive category
J General category       Form 1116, Part I
K Other

Other information
L Total foreign taxes paid       Form 1116, Part II
M Total foreign taxes accrued       Form 1116, Part II
N Reduction in taxes available for credit       Form 1116, line 12
O Foreign trading gross receipts       Form 8873
P Extraterritorial income exclusion       Form 8873
Q Other foreign transactions       See the Partner's Instructions

17. Alternative minimum tax (AMT) items
A Post-1986 depreciation adjustment
B Adjusted gain or loss       See the Partner's
C Depletion (other than oil & gas)       Instructions and
D Oil, gas, & geothermal - gross income       the Instructions for
E Oil, gas, & geothermal - deductions       Form 6251
F Other AMT items

18. Tax-exempt income and nondeductible expenses
A Tax-exempt interest income       Form 1040, line 8b
B Other tax-exempt income       See the Partner's Instructions
C Nondeductible expenses       See the Partner's Instructions

19. Distributions
A Cash and marketable securities
B Distribution subject to section 737       See the Partner's Instructions
C Other property

20. Other information
A Investment income       Form 4952, line 4a
B Investment expenses       Form 4952, line 5
C Fuel tax credit information       Form 4136
D Qualified rehabilitation expenditures (other than rental real estate)       See the Partner's Instructions
E Basis of other property       See the Partner's Instructions
F Recapture of low-income housing credit (section 42(j)(5))       Form 8611, line 8
G Recapture of low-income housing credit (other)       Form 8611, line 8
H Recapture of investment credit       See Form 4255
I Recapture of other credits       See the Partner's Instructions
J Look-back interest - completed long-term contracts       See Form 8697
K Look-back interest - income forecast method       See Form 8866
L Dispositions of property with section 179 deductions
M Recapture of section 179 deduction
N Interest expense for corporate partners
O Section 453(l)(3) information
P Section 453A(c) information
Q Section 1260(b) information
R Interest allocable to production expenditures       See the Partner's Instructions
S CCF nonqualified withdrawals
T Depletion information - oil and gas
U Reserved
V Unrelated business taxable income
W Precontribution gain (loss)
X Section 108(i) information
Y Net investment income
Z Other information

611262  11-10-16

4

4

# Schedule of Activities

For calendar year 2016, or tax year beginning _____, 2016, and ending _____, _____

Name: PINNACLE HOLDINGS GROUP, LLC

For: JTC HOLDINGS, LLC

I.D. Number: _

| Description of Activity | Activity Number | 100% Disposed | Publicly Traded Partnership | Type Code * | Description |
|---|---|---|---|---|---|
| | 1 | X | | | PINNACLE DIGITAL, LLC |

| | Activity - 1 | Activity - | Activity - |
|---|---|---|---|
| Ordinary business income (loss) | | | |
| Net rental real estate income (loss) | | | |
| Other net rental income (loss) | | | |
| Interest income | | | |
| Dividends  - Ordinary dividends | | | |
| - Qualified dividends | | | |
| Royalties | | | |
| Net short-term capital gain (loss) | | | |
| Net long-term capital gain (loss) | | | |
| - Collectibles (28%) gain (loss) | | | |
| - Unrecaptured Section 1250 gain | | | |
| Net section 1231 gain (loss) | -3,863. | | |
| Other portfolio income | | | |
| Section 1256 contracts and straddles | | | |
| Other income | | | |
| Section 179 deduction | | | |
| Charitable contributions | | | |
| Portfolio deductions | | | |
| Investment interest expense | | | |
| Section 59(e)(2) expenditures | | | |
| Other deductions | | | |
| Net earnings from self-employment | | | |
| Gross farming or fishing income | | | |
| Gross nonfarm income | | | |
| LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Qualified rehabilitation expenditures related to rental real estate | | | |
| Other rental credits | | | |
| Credits related to other rental activities | | | |
| Recapture of LIH credit - Section 42(j)(5) partnerships | | | |
| - Other | | | |
| Other credits | | | |
| Post-1986 depreciation adjustment | | | |
| Adjusted gain or loss | | | |
| Portion of adjusted gain/loss allocable to short-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to long-term gain/loss | | | |
| Portion of adjusted gain/loss allocable to section 1231 gain/loss | | | |
| Depletion (other than oil and gas) | | | |
| Oil, gas and geothermal properties - gross income | | | |
| Oil, gas and geothermal properties - deductions | | | |
| Other AMT items | | | |
| Investment income | | | |
| Investment expenses | | | |

*   1 - Single Family Residence        5 - Land
    2 - Multi-Family Residence         6 - Royalties
    3 - Vacation or Short-Term Rental  7 - Self-Rental
    4 - Commercial                     8 - Other

625001  04-01-16

2

651113

| Schedule K-1 (Form 1065) | **2016** | [X] Final K-1  [ ] Amended K-1   OMB No. 1545-0123 |

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions, Credits, etc.**     ▶ See separate instructions.

For calendar year 2016, or tax

year beginning _____

ending _____

**Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| 1 Ordinary business income (loss) | 15 Credits |
|---|---|
| 0. | |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | 16 Foreign transactions |
| 4 Guaranteed payments | |
| 5 Interest income | |
| 6a Ordinary dividends | |
| 6b Qualified dividends | 17 Alternative min tax (AMT) items |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | 18 Tax-exempt income and nondeductible expenses |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions |
| 9c Unrecaptured sec 1250 gain | |
| 10 Net section 1231 gain (loss) | 20 Other information |
| -4,293. | |
| 11 Other income (loss) | |
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss) | |
| A          0. | |

**Part I   Information About the Partnership**

A   Partnership's employer identification number

B   Partnership's name, address, city, state, and ZIP code

PINNACLE DIGITAL
1515 S. FEDERAL HWY SUITE 406
BOCA RATON, FL  33432

C   IRS Center where partnership filed return
E-FILE

D   [ ] Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

E   Partner's identifying number

F   Partner's name, address, city, state, and ZIP code

JTC HOLDINGS, LLC
6953 SECREST COURT
ARVADA, CO  80007

G   [ ] General partner or LLC member-manager   [X] Limited partner or other LLC member

H   [X] Domestic partner   [ ] Foreign partner

I1   What type of entity is this partner?  DISREGARDED ENTITY

I2   If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here [ ]

J   Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 10.0000000 % | 0 % |
| Loss | 10.0000000 % | 0 % |
| Capital | 10.0000000 % | 0 % |

K   Partner's share of liabilities at year end:

| Nonrecourse | $ _____ |
| Qualified nonrecourse financing | $ _____ |
| Recourse | $          0. |

*See attached statement for additional information.

L   Partner's capital account analysis:

| Beginning capital account | $ _____ |
| Capital contributed during the year | $ _____ |
| Current year increase (decrease) | $ _____ |
| Withdrawals & distributions | $( _____ ) |
| Ending capital account | $ _____ |

[ ] Tax basis   [X] GAAP   [ ] Section 704(b) book
[ ] Other (explain)

M   Did the partner contribute property with a built-in gain or loss?
[ ] Yes   [X] No
If "Yes," attach statement (see instructions)

For IRS Use Only

611261  11-10-16   LHA   **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**     IRS.gov/form1065     Schedule K-1 (Form 1065) 2016

2

PINNACLE DIGITAL

## SCHEDULE K-1          CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| SECTION 1231 GAIN (LOSS) | -4,293. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -4,293. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | -4,293. |
| REVERSAL OF DEFERRED NCOME NOT DEDUCTED FOR TAX | 1,500. | |
| TRANSFER OF CAPITAL | -8,216. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | -6,716. |
| TOTAL TO SCHEDULE K-1, ITEM L | | -11,009. |

PARTNER NUMBER 2

2

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

1. Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

2. Net rental real estate income (loss)    See the Partner's Instructions
3. Other net rental income (loss)

| Net income | Schedule E, line 28, column (g) |
|---|---|
| Net loss | See the Partner's Instructions |

4. Guaranteed payments    Schedule E, line 28, column (j)
5. Interest income    Form 1040, line 8a
6a. Ordinary dividends    Form 1040, line 9a
6b. Qualified dividends    Form 1040, line 9b
7. Royalties    Schedule E, line 4
8. Net short-term capital gain (loss)    Schedule D, line 5
9a. Net long-term capital gain (loss)    Schedule D, line 12
9b. Collectibles (28%) gain (loss)    28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
9c. Unrecaptured section 1250 gain    See the Partner's Instructions
10. Net section 1231 gain (loss)    See the Partner's Instructions
11. Other income (loss)

Code
| A | Other portfolio income (loss) | See the Partner's Instructions |
|---|---|---|
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | Form 1040, line 21 or Form 982 |
| F | Other income (loss) | See the Partner's Instructions |

12. Section 179 deduction    See the Partner's Instructions
13. Other deductions

| A | Cash contributions (50%) | |
|---|---|---|
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | |
| E | Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions - royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Partner's Instructions |
| K | Deductions - portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions - portfolio (other) | Schedule A, line 28 |
| M | Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| N | Educational assistance benefits | See the Partner's Instructions |
| O | Dependent care benefits | Form 2441, line 12 |
| P | Preproductive period expenses | See the Partner's Instructions |
| Q | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| R | Pensions and IRAs | See the Partner's Instructions |
| S | Reforestation expense deduction | See the Partner's Instructions |
| T | Domestic production activities information | See Form 8903 Instructions |
| U | Qualified production activities income | Form 8903, line 7b |
| V | Employer's Form W-2 wages | Form 8903, line 17 |
| W | Other deductions | See the Partner's Instructions |

14. Self-employment earnings (loss)

Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
|---|---|---|
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

15. Credits

| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
|---|---|---|
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040, line 73; check box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | See the Partner's Instructions |
| K | Disabled access credit | |

| | Code | | Report on |
|---|---|---|---|
| | L | Empowerment zone employment credit | |
| | M | Credit for increasing research activities | |
| | N | Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| | O | Backup withholding | |
| | P | Other credits | |

16. Foreign transactions

| A | Name of country or U.S. possession | |
|---|---|---|
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

Foreign gross income sourced at partnership level

| D | Passive category | |
|---|---|---|
| E | General category | Form 1116, Part I |
| F | Other | |

Deductions allocated and apportioned at partner level

| G | Interest expense | Form 1116, Part I |
|---|---|---|
| H | Other | Form 1116, Part I |

Deductions allocated and apportioned at partnership level to foreign source income

| I | Passive category | |
|---|---|---|
| J | General category | Form 1116, Part I |
| K | Other | |

Other information

| L | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Partner's Instructions |

17. Alternative minimum tax (AMT) items

| A | Post-1986 depreciation adjustment | |
|---|---|---|
| B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C | Depletion (other than oil & gas) | |
| D | Oil, gas, & geothermal - gross income | |
| E | Oil, gas, & geothermal - deductions | |
| F | Other AMT items | |

18. Tax-exempt income and nondeductible expenses

| A | Tax-exempt interest income | Form 1040, line 8b |
|---|---|---|
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

19. Distributions

| A | Cash and marketable securities | |
|---|---|---|
| B | Distribution subject to section 737 | See the Partner's Instructions |
| C | Other property | |

20. Other information

| A | Investment income | Form 4952, line 4a |
|---|---|---|
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | See Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest - completed long-term contracts | See Form 8697 |
| K | Look-back interest - income forecast method | See Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O | Section 453(l)(3) information | |
| P | Section 453A(c) information | |
| Q | Section 1260(b) information | |
| R | Interest allocable to production expenditures | See the Partner's Instructions |
| S | CCF nonqualified withdrawals | |
| T | Depletion information - oil and gas | |
| U | Reserved | |
| V | Unrelated business taxable income | |
| W | Precontribution gain (loss) | |
| X | Section 108(i) information | |
| Y | **Net investment income** | |
| Z | Other information | |

611262  11-10-16

4

651113

**Schedule K-1**
**(Form 1065)**

For calendar year 2016, or tax
year beginning _____
ending _____

**2016**

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions,
Credits, etc.** ▶ See separate instructions.

[X] Final K-1    [ ] Amended K-1    OMB No. 1545-0123

**Part III   Partner's Share of Current Year Income,
Deductions, Credits, and Other Items**

| | | |
|---|---|---|
| 1 Ordinary business income (loss) | 15 Credits | |
| 0. | | |
| 2 Net rental real estate income (loss) | | |
| | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | |
| 4 Guaranteed payments | | |
| 5 Interest income | | |
| 6a Ordinary dividends | | |
| | 17 Alternative min tax (AMT) items | |
| 6b Qualified dividends | | |
| 7 Royalties | | |
| 8 Net short-term capital gain (loss) | 18 Tax-exempt income and nondeductible expenses | |
| 9a Net long-term capital gain (loss) | | |
| 9b Collectibles (28%) gain (loss) | 19 Distributions | |
| 9c Unrecaptured sec 1250 gain | | |
| | 20 Other information | |
| 10 Net section 1231 gain (loss) | | |
| 11 Other income (loss) | | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number

**B** Partnership's name, address, city, state, and ZIP code

PINNACLE ADVERTISING & MKTG GRP, LLC
1515 S FEDERAL HIGHWAY SUITE 406
BOCA RATON, FL  33432

**C** IRS Center where partnership filed return
E-FILE

**D** [ ] Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's identifying number

**F** Partner's name, address, city, state, and ZIP code

JTC HOLDINGS, LLC
6953 SECREST COURT
ARVADA, CO  80007

**G** [ ] General partner or LLC member-manager   [X] Limited partner or other LLC member
**H** [X] Domestic partner   [ ] Foreign partner
**I1** What type of entity is this partner?  DISREGARDED ENTITY
**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here [ ]
**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 10.0000000% | 0.0000000% |
| Loss | 10.0000000% | 0.0000000% |
| Capital | 10.0000000% | 0.0000000% |

**K** Partner's share of liabilities at year end:
Nonrecourse $ _____
Qualified nonrecourse financing $ _____
Recourse $ 0.

**L** Partner's capital account analysis:
Beginning capital account $ -48,786.
Capital contributed during the year $ 48,786.
Current year increase (decrease) $ 0.
Withdrawals & distributions $( _____ )
Ending capital account $ 0.

[ ] Tax basis  [X] GAAP  [ ] Section 704(b) book
[ ] Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
[ ] Yes  [X] No
If "Yes," attach statement (see instructions)

| | |
|---|---|
| 12 Section 179 deduction | |
| 13 Other deductions | |
| 14 Self-employment earnings (loss) | |
| A                    0. | |

*See attached statement for additional information.

For IRS Use Only

611261  11-10-16  LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   IRS.gov/form1065   **Schedule K-1 (Form 1065)  2016**

4

PINNACLE ADVERTISING & MKTG GRP, LLC

| SCHEDULE K-1 | CAPITAL CONTRIBUTED DURING THE YEAR |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TRANSFERRED CAPITAL | 48,786. |
| TOTAL TO SCHEDULE K-1, ITEM L, CAPITAL CONTRIBUTED | 48,786. |

| SCHEDULE K-1 | FOOTNOTES |
|---|---|

AS OF JANUARY 1, 2016, YOUR INVESTMENT IN PINNACLE
ADVERTISING & MKTG GRP, LLC ENDED.  TO THE EXTENT YOU
HAVE A NEGATIVE OR POSTITIVE CAPITAL ACCOUNT BEFORE YOUR
INVESTMENT ENDED, PLEASE CONSULT YOUR TAX ADVISOR.

PARTNER NUMBER 4

4

Schedule K-1 (Form 1065) 2016
Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | Report on |
|---|---|---|
| 1. | Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| 2. | Net rental real estate income (loss) | See the Partner's Instructions |
| 3. | Other net rental income (loss) | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Partner's Instructions |
| 4. | Guaranteed payments | Schedule E, line 28, column (j) |
| 5. | Interest income | Form 1040, line 8a |
| 6a. | Ordinary dividends | Form 1040, line 9a |
| 6b. | Qualified dividends | Form 1040, line 9b |
| 7. | Royalties | Schedule E, line 4 |
| 8. | Net short-term capital gain (loss) | Schedule D, line 5 |
| 9a. | Net long-term capital gain (loss) | Schedule D, line 12 |
| 9b. | Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| 9c. | Unrecaptured section 1250 gain | See the Partner's Instructions |
| 10. | Net section 1231 gain (loss) | See the Partner's Instructions |
| 11. | Other income (loss) | |

Code
| A | Other portfolio income (loss) | See the Partner's Instructions |
|---|---|---|
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | Form 1040, line 21 or Form 982 |
| F | Other income (loss) | See the Partner's Instructions |

| 12. | Section 179 deduction | See the Partner's Instructions |
|---|---|---|
| 13. | Other deductions | |
| | A Cash contributions (50%) | |
| | B Cash contributions (30%) | |
| | C Noncash contributions (50%) | |
| | D Noncash contributions (30%) | |
| | E Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| | F Capital gain property (20%) | |
| | G Contributions (100%) | |
| | H Investment interest expense | Form 4952, line 1 |
| | I Deductions - royalty income | Schedule E, line 19 |
| | J Section 59(e)(2) expenditures | See the Partner's Instructions |
| | K Deductions - portfolio (2% floor) | Schedule A, line 23 |
| | L Deductions - portfolio (other) | Schedule A, line 28 |
| | M Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| | N Educational assistance benefits | See the Partner's Instructions |
| | O Dependent care benefits | Form 2441, line 12 |
| | P Preproductive period expenses | See the Partner's Instructions |
| | Q Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| | R Pensions and IRAs | See the Partner's Instructions |
| | S Reforestation expense deduction | See the Partner's Instructions |
| | T Domestic production activities information | See Form 8903 Instructions |
| | U Qualified production activities income | Form 8903, line 7b |
| | V Employer's Form W-2 wages | Form 8903, line 17 |
| | W Other deductions | See the Partner's Instructions |

| 14. | Self-employment earnings (loss) | |
|---|---|---|

Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
|---|---|---|
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

| 15. | Credits | |
|---|---|---|
| | A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | B Low-income housing credit (other) from pre-2008 buildings | |
| | C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| | D Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| | E Qualified rehabilitation expenditures (rental real estate) | |
| | F Other rental real estate credits | |
| | G Other rental credits | |
| | H Undistributed capital gains credit | Form 1040, line 73; check box a |
| | I Biofuel producer credit | |
| | J Work opportunity credit | See the Partner's Instructions |
| | K Disabled access credit | |

| | | Code | | | Report on |
|---|---|---|---|---|---|
| | | L Empowerment zone employment credit | | | |
| | | M Credit for increasing research activities | | | |
| | | N Credit for employer social security and Medicare taxes | | | See the Partner's Instructions |
| | | O Backup withholding | | | |
| | | P Other credits | | | |

| 16. | Foreign transactions | |
|---|---|---|
| | A Name of country or U.S. possession | |
| | B Gross income from all sources | Form 1116, Part I |
| | C Gross income sourced at partner level | |

Foreign gross income sourced at partnership level
| D | Passive category | |
|---|---|---|
| E | General category | Form 1116, Part I |
| F | Other | |

Deductions allocated and apportioned at partner level
| G | Interest expense | Form 1116, Part I |
|---|---|---|
| H | Other | Form 1116, Part I |

Deductions allocated and apportioned at partnership level to foreign source income
| I | Passive category | |
|---|---|---|
| J | General category | Form 1116, Part I |
| K | Other | |

Other information
| L | Total foreign taxes paid | Form 1116, Part II |
|---|---|---|
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Partner's Instructions |

| 17. | Alternative minimum tax (AMT) items | |
|---|---|---|
| | A Post-1986 depreciation adjustment | |
| | B Adjusted gain or loss | See the Partner's |
| | C Depletion (other than oil & gas) | Instructions and |
| | D Oil, gas, & geothermal - gross income | the instructions for |
| | E Oil, gas, & geothermal - deductions | Form 6251 |
| | F Other AMT items | |

| 18. | Tax-exempt income and nondeductible expenses | |
|---|---|---|
| | A Tax-exempt interest income | Form 1040, line 8b |
| | B Other tax-exempt income | See the Partner's Instructions |
| | C Nondeductible expenses | See the Partner's Instructions |

| 19. | Distributions | |
|---|---|---|
| | A Cash and marketable securities | |
| | B Distribution subject to section 737 | See the Partner's Instructions |
| | C Other property | |

| 20. | Other information | |
|---|---|---|
| | A Investment income | Form 4952, line 4a |
| | B Investment expenses | Form 4952, line 5 |
| | C Fuel tax credit information | Form 4136 |
| | D Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | E Basis of energy property | See the Partner's Instructions |
| | F Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | G Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | H Recapture of investment credit | See Form 4255 |
| | I Recapture of other credits | See the Partner's Instructions |
| | J Look-back interest - completed long-term contracts | See Form 8697 |
| | K Look-back interest - income forecast method | See Form 8866 |
| | L Dispositions of property with section 179 deductions | |
| | M Recapture of section 179 deduction | |
| | N Interest expense for corporate partners | |
| | O Section 453(l)(3) information | |
| | P Section 453A(c) information | |
| | Q Section 1260(b) information | |
| | R Interest allocable to production expenditures | See the Partner's Instructions |
| | S CCF nonqualified withdrawals | |
| | T Depletion information - oil and gas | |
| | U Reserved | |
| | V Unrelated business taxable income | |
| | W Precontribution gain (loss) | |
| | X Section 108(i) information | |
| | Y Net investment income | |
| | Z Other information | |

4

## Pinnacle Partnership Meeting
## October 30, 2015

Attendees:
Peter Gary
Arthur Benjamin
Jon Vasconcellos
Pedro Goncalves
Michael Saks
Dan Bishop – not attending, despite many attempts to contact him

TOPICS of DISCUSSION :

1. EVALUTION UPDATE - Pete Gary brought everyone up-to-date regarding a business valuation. He was told during the last attempt to obtain a valuation that you cannot use traditional methods to value a company losing money that has more liability then assets; the only value would be earnings and there are no earnings, or what someone is willing to pay for it. The appraisal company refunded the deposit to Pinnacle since they did not perform the services.

   Jon Vasconcellos discussed the traditional methods of obtaining a company's value:
   a. Assets minus liabilities
   b. Multiple of EBITDA or discounted cash flow
   c. Market approach – see what similar companies sold for recently

   The determination was made that there is no way to accurately value the company using traditional methods, which would all show, in essence, a zero or negative value, and the market approach would be difficult to use given the very small number of comparable entities in the market and the lack of transparency for whether there are any similar transactions. Jon commented that it would take an assumption of 5 straight years of approximately 17% compound revenue growth to get to a positive discounted cash flow valuation for the company, which would be a very aggressive assumption.

2. DILUTION UPDATE – Pete discussed the lack of company value and that partners who are unwilling to fund ongoing expenses should be diluted per our previous unanimous vote by the partners. Others in the group discussed the issue.
   Arthur Benjamin made the motion:
       Partners unwilling to fund their portion of the calls to date and ongoing expenses in the Agency will be diluted to zero. Motion was seconded by Pete Gary and carried, unanimously approved.

   There will be no dilution in the Holdings Company, Digital Company or the Management Company at this time based on Dan's objection to closing these entities. There is great concern by the group of Dan's unwillingness to Close, Run or Fund these entities to reduce exposure for the Agency and its other members further diminishing its value to the point where it will not be able to recover. Per Pete, Dan's requests, demands and accusations coupled with his inactions have proven to be disruptive and has put an unnecessary strain on the Agency as well as Pete and his staff.

**EXHIBIT B**

3. STATUS OF PMG, PDG, PHG,– Discussion was held concerning the shutdown of PMG, PDG & PHG and the subsequent fallout surrounding that action and what is currently happening because the shutdown has not been carried out. Partner, Dan Bishop, who missed the call, sent notice that the vote on the last meeting was invalid because it was not unanimous and our operating agreement would require this action to be unanimous. When the issue was reviewed by Peter Gary, Dan was within his right to stop the closing of the entities based on the vote not being unanimous which resulted in stalling the shutdown of both Digital and Management.

4. FINANCIAL LIABILITY OF PARTNERS TO PDG AND PMG IF NOT SHUT DOWN – Arthur, Jon & Pete had agreed that they would cover the ongoing costs associated with PDG and PMG once these entities were shut down. However, now that Dan Bishop has voted against these entities being shutdown, those costs are adding up quite substantially. The group feels that if Dan wants to keep them open, then he needs to Run and or Fund the operations and losses of the entities. Arthur brought up that there are also other liabilities keeping these entities open beyond the financial and that we need to make sure we have insurance to cover such liabilities including possible litigation from Dan. Mike and Pedro restated their opinion that they need to be shut down. The importance of getting a business insurance policy was discussed again and all felt that it's imperative to get coverage. Pete will begin that process next week so something can be put in place.

5. ARIES - Peter Gary brought up Aries and what the status of the ownership. Mike stated that Stewart wants to shut down ARIES thus leaving this company useless as Stewart is not only 50% equity partner in Aries, he is also the supplier of the fabric; so there is no point in pursuing this moving forward.

6. PARKMARX - Discussion was held regarding the partners understanding of Parkmarx and its inclusion in the overall group. Pete has a different understanding than Mike & Pedro. Mike and Pedro agreed that no documents were ever signed and Pedro understood that if Parkmarx moved forward, then something would be put in writing. Pete's understanding is that it has always been part of the group and proceeds from it would be used to fund the other companies. Mike stated that there was no licensing, no sales and no formal ownership. It was only a discussion with Dan. Peter stipulated that this was different from the conversations that he has had with both Mike and Pedro previously. These discussions prompted the decision to have Pinnacle preform services at no cost for Parkmarx in lieu of the $25,000.00 a month management fee. Pete also brought up that it was in every investment deck that he was presented prior to him entering the Group NV deal. It was agreed to table the conversation until a later date due to Mike boarding a plan and running out of time.

7. ACCESS TO RECORDS & FINANCIALS – Discussion was held concerning the notice that should be given when a partner or outside agent of a partner wants to have access to company financials. After a short discussion, Pete put forth the following motion which was seconded:
    A requirement of thirty (30) days' notice shall be given to managing partner for access to financial records for audit purposes.

8. OUTSIDE AGENT REVIEW OF FINANCIALS BASED ON OPERATING AGREEMENT – Discussion was held regarding who should be allowed access to financial documents and should that person be a certified public accountant, be bonded and should the partners vote each time someone is allowed access. A motion was put forth and seconded that the outside agent needs to be bonded to access the financial documents and be monitored while on-site. The motion carried unanimously for the Holdings Company, Digital Company and the Management Company however Pete wanted it noted

that he feels the outside agent needs to also be a CPA to have access to the Agency Records and it was approved.

9. OPEN DISCUSSION – Arthur discussed the handling of the company costs and how Dan's uncooperative attitude is costing a lot of money to keep the expenses paid. Dan's attorney is putting an undue burden with document requests and it was noted by Jon that Dan does not have the right under the Operating Agreement to everyone's emails nor should he be given access to any records for his own purposes of discovery that the operating agreement doesn't specifically require. Thus Dan's request needs to be amended to only ask for access to the financial records and anything else needs to be removed from the request for it to be valid.

It was asked of Mike and Pedro (former business partners of Dan) to please speak with Dan to help him understand how his disagreement on the shutdown is adding to a lot of expenses. Mike agreed that he would reach out to Dan and hopefully get an opportunity to discuss it with him.

The Meeting was then adjourned at 5:00p ET.

**From:** PFG@pa-mg.com [mailto:pfg@pa-mg.com]
**Sent:** Wednesday, December 14, 2016 10:21 PM
**To:** 'Benjerman, Arthur ( arthur@arthurebenjamin.com)'; VTX Ventures; Dan Bishop; John Kellogg; phil @c.hwatz-white.com; Evelyn Lopez
**Cc:** PFG@pa-mg.com
**Subject:** Pinnacle Advertising And Marketing Group Annual Meeting
**Importance:** High

Gentlemen

In accordance with our operating agreement please accept this as FORMAL NOTICE that our annual meeting will be held on December 22nd 2016 at 10am EST. Please respond to this email to let me know if you will be attending this meeting. I will be sending out an agenda by close of business Tuesday the 20th so if there are any items that you would like to be on the agenda please email me please make sure I have it by close of business on Monday the 19th. Thank you in advance for your cooperation and I look forward to speaking with you on the 22$^{no}$.  We will need approximately an hour to an hour and a half for the meeting depending on any questions that may need to be answered.

Warmest Regards

Peter


Peter Gary

PINNACLE

Click here to report this email as spam

**EXHIBIT C**

**From:** Peter Gary [mailto:pgary@pinnacleadgroup.com]
**Sent:** Wednesday, December 14, 2016 10:26 AM
**To:** Dan Bishop; John Kellogg; phil@schwartz-white.com
**Subject:** Fwd: Remaining Funding Need - 12/15/16 and 12/31/16

Dan
We need to know if you intend on making this cash call. We will be sending out our annual meeting request later today with a final request.

Warmest Regards

Peter

Sent from I-phone
Peter Gary
561-414-0624


Begin forwarded message

> **From:** Evelyn Lopez <elopez@pinnacleadgroup.com>
> **Date:** December 14, 2016 at 11:36:14 AM EST
> **To:** Peter Gary <pgary@pinnacleadgroup.com>
> **Subject: FW: Remaining Funding Need - 12/15/16 and 12/31/16**
>
> Pete,
>
> Below is the email sent regarding the remaining funding need for December.  I heard back from you and Jon.
>
> Thanks,
> Evelyn





**From:** Evelyn Lopez
**Sent:** Monday, December 12, 2016 5:07 PM
**To:** 'jon@vtxlimited.com' <jon@vtxlimited.com>
**Cc:** 'Peter Gary' <pgary@pinnacleadgroup.com>
**Subject:** Remaining Funding Need - 12/15/16 and 12/31/16

Hi Jon,

We were going to discuss the remaining funding needs during last week's call that was re-scheduled.

Based on the projections through the end of the year, the funding shortfall for the quarter is ($199,546). The 4th quarter Net Cash Deficit is projected at ($289,546); less the funding of $90,000; leaves a shortfall of ($199,546). At a minimum we will need $140,000 in December ($70,000 on 12/14 and $70,000 on 12/28) to cover payroll and December expenses.

Below is the 12/14 funding amount by Member of $70,000 - no later than Wednesday, December 14th.

|  | PAMG % | Funding by Member |
|---|---|---|
| FNB Media, LLC | 62.20% | $ 43,540 |
| JTC Holdings LLC | 10.00% | $ 7,000 |
| SMGI United LLC | 27.80% | $ 19,460 |
|  |  | $ 70,000 |

Here are the wiring instructions to our Wells Fargo Account:

Pinnacle Advertising (PAMG) Operating Account
**ABA#**121000248    **Acct #**3472307135

Evelyn Lopez





2