## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
COLORADO District of Colorado

Case Number: 18 CV 868 REB

Plaintiff:
JTC HOLDINGS, LLC,

vs.

Defendant:
PETER F. GARY; et al.,

For:
Patrick Hickey
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202

Received by LARGO INVESTIGATIONS, INC. on the 18th day of April, 2018 at 9:00 am to be served on **Pinnacle Holdings Group, LLC, 1515 South Federal Highway, Suite 406, Boca Raton, FL 33432**.

I, Richard E. Largo, being duly sworn, depose and say that on the **23rd day of April, 2018 at 3:45 pm, I:**

**SERVED** the within named LLC by delivering a true copy of the **SUMMONS AND COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: Peter F. Gary as Authorized Agent of Pinnacle Holdings Group, LLC service being made at **1515 South Federal Highway, Suite 406, Boca Raton, FL 33432** pursuant to F.S. 48.061.

**Description** of Person Served: Age: 55+, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 190, Hair: Bald, Glasses: Y

I Acknowledge that I am authorized to serve process. In good standing in the jurisdiction wherein this process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing documents and that the facts stated in it are true, F.S. 92.525 (2), no Notary is required.

Subscribed and Sworn to before me on the 23rd day of April, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

SANDRA K. MURPHY
MY COMMISSION # GG 065055
EXPIRES: February 25, 2021
Bonded Thru Notary Public Underwriters

Richard E. Largo
C P S # 755

LARGO INVESTIGATIONS, INC.
9369 Aegean Drive
Boca Raton, FL 33496
(561) 482-5757

Our Job Serial Number: LII-2018000880

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2h

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

4-23-18  3:45 P.M.
RL   CPS #755

| | |
|---|---|
| JTC HOLDINGS, LLC, a Colorado limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>PETER F. GARY; PINNACLE HOLDINGS GROUP, LLC; PINNACLE ADVERTISING & MARKETING GROUP, LLC; PINNACLE ADVISORY MANAGEMENT, LLC; PINNACLE DIGITAL, LLC<br>*Defendant(s)* | Civil Action No. 18-cv-00868-REB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Pinnacle Holdings Group, LLC
1515 South Federal Highway 406
Boca Raton, Florida  33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Patrcik J. Hickey, Esq.
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, Colorado  80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   04/13/2018                                          s/ R. Villa
                                                  *Signature of Clerk or Deputy Clerk*