## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### COLORADO District of Colorado

Case Number: 18 CV 868 REB

Plaintiff:
JTC HOLDINGS, LLC,

vs.

Defendant:
PETER F. GARY; et al.,

For:
Patrick Hickey
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202

Received by LARGO INVESTIGATIONS, INC. on the 18th day of April, 2018 at 9:00 am to be served on Peter F. Gary, 1515 South Federal Highway, Suite 406, Boca Raton, FL 33432.

I, Richard E. Largo, being duly sworn, depose and say that on the 23rd day of April, 2018 at 3:45 pm, I:

INDIVIDUALLY/PERSONALLY served by delivering a true copy of the SUMMONS AND COMPLAINT WITH EXHIBITS with the date and hour of service endorsed thereon by me, to: Peter F. Gary at the address of: 1515 South Federal Highway, Suite 406, Boca Raton, FL 33432, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 55+, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 190, Hair: Bald, Glasses: Y

I Acknowledge that I am authorized to serve process. In good standing in the jurisdiction wherein this process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing documents and that the facts stated in it are true, F.S. 92.525 (2), no Notary is required.

Richard E. Largo
C P S # 755

Subscribed and Sworn to before me on the 23rd day of April, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

SANDRA K. MURPHY
MY COMMISSION # GG 065055
EXPIRES: February 25, 2021
Bonded Thru Notary Public Underwriters

LARGO INVESTIGATIONS, INC.
9369 Aegean Drive
Boca Raton, FL 33496
(561) 482-5757

Our Job Serial Number: LII-2018000879

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2h

*879*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

4.23.18 3:45 P.M.
R.L. C.P.S #755

JTC HOLDINGS, LLC, a Colorado limited liability company,

*Plaintiff(s)*

v.

PETER F. GARY; PINNACLE HOLDINGS GROUP, LLC; PINNACLE ADVERTISING & MARKETING GROUP, LLC; PINNACLE ADVISORY MANAGEMENT, LLC; PINNACLE DIGITAL, LLC

*Defendant(s)*

Civil Action No. 18-cv-00868-REB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Peter F. Gary

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Patrick J. Hickey, Esq.
MOYE WHITE LLP
1400 16th Street, 6th Floor
Denver, Colorado 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/13/2018

s/ R. Villa
*Signature of Clerk or Deputy Clerk*