IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00868-REB

JTC HOLDINGS, LLC, a Colorado limited liability company,

    Plaintiff,

vs.

PETER F. GARY, an individual and Florida citizen;
PINNACLE HOLDINGS GROUP, LLC, a Florida limited liability company;
PINNACLE ADVERTISING & MARKETING GROUP, LLC, a Florida limited liability company;
PINNACLE ADVISORY MANAGEMENT, LLC, a Florida limited liability company; and
PINNACLE DIGITAL, LLC, a Florida limited liability company.

    Defendants.

---

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

---

Plaintiff, JTC Holdings, LLC, by and through its attorneys, Moye White LLP, notifies the Court of its dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1), and states:

1.    Plaintiff filed its Complaint on April 12, 2018, and service of process on Defendants was effected on April 23, 2018.

2.    None of the Defendants have filed an Answer or Motion for Summary Judgment.

3. Pursuant to Fed. R. Civ. P. 41(a)(1), a plaintiff may dismiss an action without a court order by filing a notice of dismissal where the defendant has not yet filed an answer or a motion for summary judgment.

4. Plaintiff has informed Defendants' counsel of its intent to file this Notice.

WHEREFORE, Plaintiff hereby dismisses this action without prejudice.

DATED:  May 22, 2018

        Respectfully submitted,

        **MOYE WHITE LLP**

        s/ *Christopher E. McCall*
        Patrick J. Hickey #41592
        Christopher E. McCall, #50967
        1400 16th Street, 6th Floor
        Denver, Colorado 80202
        Telephone (303) 292-2900
        Fax:  (303) 292-4510
        Email: patrick.hickey@moyewhite.com
             chris.mccall@moyewhite.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 22, 2018, a copy of the foregoing document was served on the following via ECF to:

Steven M. Feder
Barry Boughman
Feder Law Firm
730 17th Street, Suite 550
Denver, CO 80202
Steve@federlawfirm.com
Barry@federlawfirm.com

*Attorneys for Defendants*

*s/ Deanna S. Colvin*